IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **JUDE AKUECHIAMA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:18-cv-103** |
| | § | |
| **NEW PENN FINANCIAL, LLC AND** | § | |
| **REMY REAL ESTATE AND** | § | |
| **INVESTMENTS LLC** | § | |
| | § | |
| **Defendants.** | § | |

## **EXHIBIT INDEX**

Plaintiff's original petition, application for injunctive relief, and request for disclosures.................1

Citations and Returns........................................................................................................................2

Temporary Restraining Order ...........................................................................................................3

Bond..................................................................................................................................................4

Motion to Extend ..............................................................................................................................5

Order Granting Motion to Extend.....................................................................................................6

Shellpoint's Answer .........................................................................................................................7

State Court Docket Sheet .................................................................................................................8

Civil Cover Sheet..............................................................................................................................9