# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **JUDE AKUECHIAMA** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-103 |
| | § | |
| **NEW PENN FINANCIAL, LLC AND** | § | |
| **REMY REAL ESTATE AND** | § | |
| **INVESTMENTS LLC** | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION TO DISMISS REMY REAL
## ESTATE AND INVESTMENTS LLC'S CROSS-CLAIM

New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing and Remy Real Estate and Investments, LLC hereby stipulate to the dismissal of Remy's cross-claim against Shellpoint.

WHEREFORE, premises considered, the parties respectfully request the court enter an order dismissing the cross-claim with prejudice and for any and all other relief to which the parties may show themselves justly entitled.

Date:  July 12, 2018                                Respectfully submitted,

                                                                            */s/   Joseph P. Montalbano*
                                                                            Joseph P. Montalbano
                                                                            SBN: 14279700, FBN: 15169
                                                                            One Corporate Plaza
                                                                            2525 Bay Area Blvd., Suite 310
                                                                            Houston, Texas 77058
                                                                            Tel. (281) 488-1656
                                                                            Fax. (281) 488-5884
                                                                            jpm913@gmail.com

                                                                            **ATTORNEY FOR DEFENDANT REMY REAL ESTATE AND INVESTMENTS, LLC**

                                  */s/   Bryan T. Brown*
C. Charles Townsend
SBN: 24028053, FBN: 1018722
charles.townsend@akerman.com
Bryan T. Brown
SBN: 24055219; FBN: 946689
bryan.brown@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339

**ATTORNEYS FOR DEFENDANT NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING**

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2018, a true and correct copy of the foregoing instrument was served as follows:

**VIA ECF**
Robert C. Vilt
Erick Delarue
Vilt and Associates, P.C.
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056

                                  */s/   Bryan T. Brown*
Bryan T. Brown