United States District Court
Southern District of Texas
**ENTERED**
July 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JUDE AKUECHIAMA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-103 |
| § | |
| NEW PENN FINANCIAL, LLC, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

The parties have filed various stipulations dismissing the claims in this case. In accordance with those stipulations, the plaintiff's claims against both defendants are **DISMISSED WITH PREJUDICE**; Defendant Remy Real Estate and Investments, LLC's counterclaim against the plaintiff is **DISMISSED WITHOUT PREJUDICE**; and Defendant Remy Real Estate and Investments, LLC's cross-claim against Defendant New Penn Financial, LLC is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

This is a **FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 13th day of July, 2018.

_____
George C. Hanks Jr.
United States District Judge